```
R. K. Bickerstaff (153180)
LAW OFFICES OF R. K. BICKERSTAFF
6920 La Tijera Blvd., Suite 202
Los Angeles, CA  90045
(310) 258-0650
```

Attorney for Defendant Malik Miles


IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA | ) MJ: 08MJ0189 GGH |
|---|---|
| Plaintiff, | ) AMENDED |
|  | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY |
|  | ) HEARING AND EXTENDING TIME |
| RAYMOND FLINT, JENNIFER BRAGG | ) AND ORDER THEREON |
| and MALIK MILES, | ) |
| Defendant. | ) |

    Plaintiff United States of America, by and through its counsel, and defendants MALIK MILES and JENNIFER BRAGG, by and through their respective counsel, hereby STIPULATE as follows:

    1. On or about May 23, 2008, Magistrate Judge Hollows authorized a criminal complaint and arrest warrant for RAYMOND FLINT, JENNIFER BRAGG, and MALIK MILES.  On about June 4, 2008, RAYMOND FLINT and JENNIFER BRAGG were arrested on this complaint and arrest warrant and made initial appearances before a Magistrate Judge in the Central District of California. These defendants are scheduled to appear

before this Court for a Preliminary Hearing on June 20, 2008, at 2:00 p.m. Defendant MALIK MILES has not yet made an appearance, but has agreed through counsel to self-surrender and make his initial appearance at the June 20, 2008 preliminary Hearing.

    2. The United States and defendants MALIK MILES and JENNIFER BRAGG wish to continue the preliminary Hearing date from June 20, 2008 at 2:00 p.m. to August 05, 2008 at 2:00 p.m. Such a continuance is requested so that the parties may pursue a possible pre-indictment resolution of the charges against these two defendants. Pursuant to Rule 5.1(d), Defendants MALIK MILES and JENNIFER BRAGG consent to extend the time limits in rule 5.1(c) from the date os this stipulation through and including August 05, 2008. With respect to defendant RAYMOND FLINT, the June 20, 2008 preliminary Hearing date is unaffected by this stipulation and shall remain in place.

IT IS SO STIPULATED.                    FACSIMILE SIGNATURE SAME AS ORIGINAL

DATED: 07/23/08                          /s/Phillip K. Cohen
                                         PHILLIP K. COHEN
                                         Counsel for defendant
                                         JENNIFER BRAGG


DATED: 06/26/08                          /s/Rod Bickerstaff
                                         ROD BICKERSTAFF
                                         Counsel for defendant
                                         MALIK MILES


DATED: 07/21/08                          MCGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Courtney J. Linn
                                         COURTNEY J. LINN
                                         Assistant U. S. Attorney

<u>ORDER</u>

The Court, having read and considered the parties' STIPULATION, and for GOOD CAUSE shown, the preliminary hearing in the above-referenced matter, which was previously continued and is currently set for August 1, 2008, is hereby CONTINUED to August 05, 2008, at 2:00 p.m. before the duty Magistrate Judge. Pursuant to Rule 5.1(d), and with the consent of the defendants, time for the preliminary Hearing is extended from August 1, 2008 through and including August 05, 2008.

IT IS SO ORDERED.

DATED: July 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE