1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   MJ: 08-MJ-0189 GGH
                                   )
12                  Plaintiff,     )   STIPULATION AND ORDER
                                   )   CONTINUING PRELIMINARY
13             v.                  )   HEARING AND EXTENDING TIME AND
                                   )   ORDER THEREON
14  RAYMOND FLINT, JENNIFER BRAGG  )
    and MALIK MILES,               )
15                                 )
                                   )
16                  Defendants.    )
    _____)
17

18      Plaintiff United States of America, by and through its counsel,

19  and defendant JENNIFER BRAGG, by and through her counsel, hereby

20  STIPULATE as follows:

21      1.  On or about May 23, 2008, Magistrate Judge Hollows

22  authorized a criminal complaint and arrest warrant for RAYMOND

23  FLINT, JENNIFER BRAGG, and MALIK MILES.  On or about June 4, 2008,

24  RAYMOND FLINT and JENNIFER BRAGG were arrested on this complaint and

25  arrest warrant and made initial appearances before a Magistrate

26  Judge in the Central District of California.

27  Defendant BRAGG is out of custody and presently scheduled to

28  ///

                                    1

1  appear before this Court for a Preliminary Hearing on August 21,

2  2008, at 2:00 p.m.[1]

3       2. The United States and defendant BRAGG want to continue the

4  Preliminary Hearing date from August 21, 2008, at 2:00 p.m., to

5  September 16, 2008, at 2:00 p.m. before the duty Magistrate Judge.

6  Defendant BRAGG has recently been appointed counsel to represent

7  her, and such continuance is requested so that defense counsel may

8  evaluate the case and discuss a possible pre-indictment resolution

9  of those charges.  Pursuant to Rule 5.1(d), defendant BRAGG consents

10 to this Stipulation through and including September 16, 2008.

11      IT IS SO STIPULATED.

12

13 DATED: August 19, 2008            By:  /s/ Donald Heller
                                     DONALD HELLER
14                                   Counsel for defendant
                                     Jennifer Bragg
15
                                     MCGREGOR W. SCOTT
16                                   United States Attorney

17
   DATED: August 20, 2008       By:  /s/ Courtney J. Linn
18                                   COURTNEY J. LINN
                                     Assistant U.S. Attorney
19

20

21

22

23

24

25

26

27
      [1]  On June 20, 2008, defendant FLINT was arraigned on an
28 indictment returned in United States v. Flint, 2:08-CR-288 GEB.

2

1

ORDER

2      The Court, having read and considered the parties' STIPULATION,

3  and for GOOD CAUSE shown, hereby continues the Preliminary Hearing

4  in the above-referenced matter from August 21, 2008, at 2:00 p.m. to

5  September 16, 2008, at 2:00 p.m. before the duty Magistrate Judge.

6  Pursuant to Rule 5.1(d), and with the consent of the defendant, time

7  for the Preliminary Hearing is extended from August 21, 2008,

8  through and including September 16, 2008.

9  DATED: August 20, 2008.

10

11                         _____
                           DALE A. DROZD
12                         UNITED STATES MAGISTRATE JUDGE

13

14   Ddad1/orders.criminal/flint0189.stipord

15

16

17

18

19

20

21

22

23

24

25

26

27

28